1  LAWRENCE G. BROWN
   Acting United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   1:09-CV-00195-AWI-SMS
                                         )
12              Plaintiff,               )
                                         )
13       v.                              )   **APPLICATION AND ORDER FOR**
                                         )   **PUBLICATION**
14  REAL PROPERTY LOCATED AT 162 W.      )
    WADE AVENUE, TULARE,                 )
15  CALIFORNIA, TULARE COUNTY, APN:      )
    187-093-009, INCLUDING ALL           )
16  APPURTENANCES AND                    )
    IMPROVEMENTS THERETO,                )
17                                       )
                Defendant.               )
18  _____  )

19       The United States of America, Plaintiff herein, applies for an order of publication as follows:

20       1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

21  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

22  notice of the action and arrest to be given in a newspaper of general circulation or on the official

23  internet government forfeiture site;

24       2.      Local Rule 83-171, Eastern District of California, provides that the Court shall

25  designate by order the appropriate newspaper or other vehicle for publication;

26       3.      The defendant real property is located in the city of Tulare, in Tulare County,

27  California;

28  ///

1    4.    Plaintiff proposes that publication be made as follows:

2        a.    One publication;

3        b.    Thirty (30) consecutive days;

4        c.    On the official internet government forfeiture site www.forfeiture.gov;

5        d.    The publication is to include the following:

6            (1)    The Court and case number of the action;

7            (2)    The date of posting of the real property;

8            (3)    The identity and/or description of the real property posted;

9            (4)    The name and address of the attorney for the Plaintiff;

10           (5)    A statement that claims of persons entitled to possession or claiming

11   an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the

12   attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet

13   government forfeiture site; and

14           (6)    A statement that answers to the Complaint or a motion under Rule 12

15   of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days

16   after the filing of the claims and, in the absence thereof, default may be entered and condemnation

17   ordered.

18   Dated: January 30, 2009_____        LAWRENCE G. BROWN
                                                Acting United States Attorney
19

20                                              /s/ Deanna L. Martinez_____
                                                DEANNA L. MARTINEZ
21                                              Assistant United States Attorney

22

23                                    **ORDER**

24   IT IS SO ORDERED.

25   **Dated:    February 2, 2009**          _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28

2