1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  United States Courthouse
   501 I Street, Suite 4401
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  1:09-CV-00195-AWI-SMS
                                       )
12            Plaintiff,               )  **STIPULATION FOR DISMISSAL WITH**
                                       )  **PREJUDICE AND ORDER;**
13      v.                             )  **CERTIFICATE OF REASONABLE CAUSE**
                                       )
14  REAL PROPERTY LOCATED AT 162 W.    )
    WADE AVENUE, TULARE,               )
15  CALIFORNIA, TULARE COUNTY, APN:    )
    187-093-009, INCLUDING ALL         )
16  APPURTENANCES AND                  )
    IMPROVEMENTS THERETO,              )
17                                     )
              Defendant.               )
18  _____)

19         It is hereby stipulated by and between plaintiff United States of America, claimant Cecilia

20  Flores Arzola (hereafter "Arzola"), and claimant Tulare Realty, Inc., a California corporation

21  (hereafter "Tulare Realty"), by and through their respective counsel of record, as follows:

22         1.     The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the

23  Federal Rules of Civil Procedure.

24         2.     The parties are to bear their own costs and attorney fees.

25         3.     There was probable cause for the posting of the defendant real property, and for the

26  commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of

27  ///

28  ///

1  Reasonable Cause pursuant to 28 U.S.C. § 2465.

2  Dated: May 11, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney
3

4                                          /s/ Kelli L. Taylor
                                          KELLI L. TAYLOR
5                                         Assistant U.S. Attorney

6

7  Dated: May 4, 2011                     /s/ Cecilia Flores Arzola
                                          CECILIA FLORES ARZOLA
8                                         Claimant, In Pro Per
                                          (Original signature retained by attorney)
9

10 Dated: February 28, 2011               /s/ Joseph Lewis Horswill
                                          JOSEPH LEWIS HORSWILL
11                                        Attorney for Tulare Realty, Inc.,
                                          a California corporation
12                                        (Original signature retained by attorney)

13

14                      CERTIFICATE OF REASONABLE CAUSE

15         Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed January

16 30, 2009, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this

17 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause

18 for the posting of the defendant real property, and for the commencement and prosecution of this

19 forfeiture action.

20

21 IT IS SO ORDERED.

22

23 Dated:   May 16, 2011   _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

24

25

26

27

28